Case 3:19-cv-00054   Document 26   Filed on 01/27/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY BURRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-0054 |
| | § | |
| LT. DEREK WALLACE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Jerry Burrell, formerly an inmate at the Texas Department of Criminal Justice–Correctional Institutions Division (TDCJ), filed this civil rights action in 2018. On August 20, 2019, after Defendants Wallace and Jackson had filed dispositive motions, Plaintiff filed a motion for dismissal without prejudice. Plaintiff stated that he would soon be released from TDCJ and wanted to hire an attorney to assist him with this litigation. The Court construed Plaintiff's motion as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2) and granted dismissal without prejudice to reinstatement of Plaintiff's claims within 90 days of his release from TDCJ. The Court further ordered that any motion for reinstatement from Plaintiff be accompanied by his response to the pending dispositive motions (Dkt. 24).

On December 14, 2021, Defendants Wallace and Jackson filed a motion for entry of judgment under Federal Rules of Civil Procedure 54 and 58. Rule 58(d) permits a party to request that judgment be set out in a separate document as required under Rule 58(a). FED. R. CIV. P. 58. Defendants present evidence that Plaintiff was released from TDCJ on

April 28, 2021, *see* Dkt. 25-1, and therefore that his 90-day reinstatement period has expired.

Plaintiff has not responded to Defendants' motion, and in fact has filed no document with the Court since his dismissal motion was granted in August 2019. The Court therefore finds no just reason to delay. Defendants' motion for entry of final judgment (Dkt. 25) is **GRANTED** under Rule 58.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on January 27, 2022.

George C. Hanks, Jr
United States District Judge